FILED
2011 NOV -8 P 12: 58
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CV 11 80 274 MISC

IN THE MATTER OF

ORDER TO SHOW CAUSE RE
SUSPENSION FROM MEMBERSHIP
IN GOOD STANDING OF THE BAR
OF THE COURT

David John Cardiff - #184246

_____ /

TO: David John Cardiff

You are enrolled as a member of the bar of the Northern District of California. Notice has been received by the Chief Judge of the United States District Court for the Northern District of California that your status as a member of the State Bar of California has been modified as follows:

Suspended due to noncompliance with Rule 9.22 for failure to contribute to Child and Family Support by the Supreme Court of California effective October 26, 2011.

On or before **December 16, 2011** you are ordered to file a written declaration showing any cause why your membership in the bar of this Court should not be suspended until further order of this Court.

If you fail to respond to this Order on or before **December 16, 2011**, you will be suspended from membership without further notice. If you are suspended by this Court and you are restored to active membership in the State Bar of California, you may apply for reinstatement pursuant to Rule 11-7(b)(4) of the Civil Local Rules of this Court at that time. The Clerk shall close this file on or after **December 16, 2011**, absent further order of this Court.

Dated: November 3, 2011

JAMES WARE
United States District Chief Judge